FROM :
PHONE NO. : 12066005335
Mar. 03 2010 01:10PM P21

SSPS ---- A04
PO BOX 45812
OLYMPIA WA 98504

**WARRANT SYSTEM**
**REMITTANCE ADVICE**

DEPARTMENT OF
SOCIAL & HEALTH
SERVICES

7250

01/20/10

JOHNSON DEIDRE A
21212 BUCKEYE LAKE LN
COLBERT WA 99005-9088

WARRANT REG # 3381
WARRANT # 779134Q
PROVIDER # 918401

PAGE   1

| VOUCHER FVKWO | | SERVICE/CLIENT IDENTIFICATION | INU/CLAIM/ AUTHORIZED | SERVICE INFORMATION | AUTHORIZING OFFICE | CHARGES | TOTAL ALLOWED |
|---|---|---|---|---|---|---|---|
| AA | JOHNSON,COLE | DOB=04/24/04 | 8970823-12 SVC#=03832 | FROM=02/01/10 TO=02/28/10 SPOKANE DCFS AS Monthly Maintenance | B32-21 | .00 | 650.00 |
| AB | JOHNSON,IVA | DOB=03/21/06 | 8970069-12 SVC#=03832 | FROM=02/01/10 TO=02/28/10 SPOKANE DCFS AS Monthly Maintenance | B32-21 | .00 | 350.00 |
| | | | | | VOUCHER TOTAL | | 1,000.00 |

ADOPTION SUPPORT