FROM :    PHONE NO. : 12066005335    Mar. 04 2010 06:11PM P2



**United States Treasury** 15-51/000   S 571,698,745

Check No. 2055 09222301

02 17 10  37   PHILADELPHIA, PA
2055 09222301 28043000 S1   G   P

Pay to the order of
MELVIN L JOHNSON SR         01
PO BOX 737
COLBERT WA  99005-0737

SOC SEC
FOR JAN

VOID AFTER ONE YEAR

$***2262*00

COPY

FROM : 
PHONE NO. : 12066005335    Mar. 04 2010 06:12PM P3



```
                                                         Check No.
     02 17 10   03   PHILADELPHIA, PA           2055 09222304
     2055 09222304 28043000 S1    G    P
     ||..|.|..||..||....|.|.||.....|..|.|.||...|..|.||...|||...|
Pay to                                                  VOID AFTER ONE YEAR
the order of  DEIDRE JOHNSON FOR        04      SOC SEC
              JOSEPH G JOHNSON                  FOR JAN
              PO BOX 737                                $****377*00
              COLBERT WA   99005-0737
```

  

⑆20559⑆    ⑈000000518⑈   09222304⑆   080210

---

**United States Treasury** 15-51/000    $ 571,698,747



```
                                                        Check No.
     02 17 10   13   PHILADELPHIA, PA          2055 09222303
     2055 09222303 28043000 S1    G    P
     ||..|.|..||..||....|.|.||.....|..|.|.||...|..|.||...|||...|
Pay to                                                 VOID AFTER ONE YEAR
the order of  DEIDRE JOHNSON FOR       03       SOC SEC
              ALEXANDER C LARSEN               FOR JAN
              PO BOX 737                                $****377*00
              COLBERT WA   99005-0737
```

⑆20559⑆    ⑈000000518⑈   09222303⑆   080210

---

**United States Treasury** 15-51/000    $ 571,698,746



```
                                                        Check No.
     02 17 10   23   PHILADELPHIA, PA          2055 09222302
     2055 09222302 28043000 S1    G    P
     ||..|.|..||..||....|.|.||.....|..|.|.||...|..|.||...|||...|
Pay to                                                 VOID AFTER ONE YEAR
the order of  DEIDRE JOHNSON FOR       02       SOC SEC
              IVA R JOHNSON                    FOR JAN
              PO BOX 737                                $****377*00
              COLBERT WA   99005-0737
```



⑆20559⑆    ⑈000000518⑈   09222302⑆   080210

