DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **10-00695-PCW7** |
|---|---|
| **MELVIN L. & DEIDRE A. JOHNSON,** | Chapter **7** |
| Debtors. | **MOTION FOR ORDER DIRECTING TURNOVER OF TAX REFUNDS** |

Dan O'Rourke, Trustee herein acting as his own attorney, moves this Court for an Order directing Debtors to turnover to Trustee any tax refunds for any years immediately upon receipt.

This Motion is based upon the records and files herein and upon the Affidavit of Dan O'Rourke filed herewith.

DATED this 17th day of September, 2010.

SOUTHWELL & O'ROURKE, P.S.


BY: */s/ Dan O'Rourke*
DAN O'ROURKE, WSBA #4911

Motion-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

10-00695-PCW7    Doc 74    Filed 09/20/10    Entered 09/20/10 13:36:34    Pg 1 of 1